UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-62326-BLOOM/Valle

RUDOLPH BETANCOURT,

    Plaintiff,

v.

JALISCO, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement in Principle, ECF No. [23], filed on March 27, 2023, indicating that the parties have reached a settlement of the claims in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation, **on or before April 27, 2023**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 22-cv-62326-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 27, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record